No. 765. EL PUEBLO, DEMANDANTE Y APELADO, *v.* SALDAÑA, ACUSADO Y APELANTE.—Acometimiento y agresión con circunstancias agravantes. Humacao. Enero 21, 1915. *Confirmada la sentencia.*

No. 766. EL PUEBLO, DEMANDANTE Y APELADO, *v.* RÍO, DEMANDADO Y APELANTE.—Seducción. Mayagüez. Enero 21, 1915. *Confirmada la sentencia.*

No. 770. EL PUEBLO, DEMANDANTE Y APELADO, *v.* ROMÁN, DEMANDADO Y APELANTE.—Acometimiento y agresión con circunstancias agravantes. Arecibo. Enero 22, 1915. *Confirmada la sentencia.*

No. 1267. URRIZA, DEMANDANTE Y APELADA, *v.* HEREDEROS DESCONOCIDOS DE MARIANO VILLANÚA, DEMANDADOS, Y NEGRÓN, DEMANDADA Y APELANTE.—Nulidad de convenio y de matrimonio, y divorcio y liquidación de gananciales. San Juan, Sección 1ª. Enero 25, 1915. *Desistida la apelación.*

No. 777. EL PUEBLO, DEMANDANTE Y APELADO, *v.* ORTIZ, DEMANDADO Y APELANTE.—Acometimiento y agresión con circunstancias agravantes. Humacao. Enero 27, 1915. *Confirmada la sentencia.*

No 731. EL PUEBLO, DEMANDANTE Y APELADO. *v.* PILLOT ET AL., DEMANDADOS Y APELANTES.—Infracción al artículo 137 del Código Penal. Aguadilla. Enero 27, 1915. *Confirmada la sentencia.*

No. 1269. CRUZ, DEMANDANTE Y APELANTE, *v.* MORALES ET AL., DEMANDADOS Y APELADOS.—Desahucio. San Juan, Sección 1ª. Enero 28, 1915. *Desestimada la apelación.*